No. 284. HEEG, Appellant, v. BERDAN, Respondent.

(Also reported in 224 N. W. 2d 215.)

The cause was submitted for the appellant on the brief of *Nikolay, Jensen & Scott* of Abbotsford; and for the respondent on the brief of *Allan & Storck* of Mayville.

Judgment affirmed.